455 A.2d 727

Frailey, etc., et al., Appellants v. Zimmerman.

Reargument Denied Feb. 23, 1983.

Petition for Allowance of Appeal Denied June 24, 1983.

Argued December 8, 1981. Christopher M. Patterson, for appellants; J. Michael Flanagan, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.